# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHARON S. SHIELDS, :

    Plaintiff, :

                                            Case No. 3:08cv00467

vs. :

                                            District Judge Thomas M. Rose
:     Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social :
Security Administration,

:

    Defendant.

## DECISION AND ENTRY

    The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #31), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on March 31, 2011 (Doc. #31) is ADOPTED in full;

2.     Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #26) is GRANTED;

3.     Plaintiff is granted an award of attorney fees plus costs in the total amount of $7,567.44; and

    4.       The case remains terminated on the docket of this Court.

April 19, 2011                                     *s/THOMAS M. ROSE*

                                                                     Thomas M. Rose
                                          United States District Judge